# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

VICKI L. MCLAUGHLIN AND CAROL L. MACCONNELL, CO-ADMINISTRATRICES FOR THE ESTATE OF DOROTHY L. BRACE, DECEASED

                  v.

GARDEN SPOT VILLAGE AND GARDEN SPOT VILLAGE OF AKRON D/B/A MAPLE FARM NURSING CENTER AND GLENN HERSHEY

PETITION OF: GARDEN SPOT VILLAGE AND GARDEN SPOT VILLAGE OF AKRON D/B/A MAPLE FARM NURSING CENTER

: No. 764 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.